UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY SCOTTS | CIVIL ACTION |
| VERSUS | NO. 15-5074 |
| W.S. SANDY MCCAIN | SECTION "I"(2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the response[1] by plaintiff, Anthony Scotts, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the claims of Anthony Scotts are **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 14th day of December, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 4